# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

DANIEL G. WOODS,

      Plaintiff,

v.                             **ORDER**
                              Civil File No. 05-987 (MJD/RLE)

PRO VIDEO PRODUCTIONS, INC.,
TOM LIVINGSTON, and
JACK LIND,

      Defendants.

---

**IT IS HEREBY ORDERED:**

Plaintiff's Motion to Extend Time to Respond [Docket No. 33] is **GRANTED**.


Dated:   __July 5, 2006                   __s/Michael J. Davis____
                                                   Judge Michael J. Davis
                                                         United States District Court